IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN YOUNGER BONNOT,

          Plaintiff,

   v.

LOS ANGELES POLICE DEPARTMENT
OFFICER AMAYA,

          Defendant.

_____/

No. C 10-02440 SBA (PR)

**ORDER OF TRANSFER**

     Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 and an application for in forma pauperis (IFP) status. Plaintiff complains that Defendant Amaya, an officer from the Los Angeles Police Department, violated his constitutional rights during his arrest.

     Venue may be raised by the court sua sponte where the defendant has not yet filed a responsive pleading and the time for doing so has not run. See Costlow v. Weeks, 790 F.2d 1486, 1488 (9th Cir. 1986). When jurisdiction is not founded solely on diversity, venue is proper in (1) the district in which any defendant resides, if all of the defendants reside in the same state; (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated; or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. See 28 U.S.C. § 1391(b). When venue is improper, the district court has the discretion to either dismiss the case or transfer it "in the interest of justice." See 28 U.S.C. § 1406(a).

     The claims arise out of actions taken in Los Angeles, where Defendant Amaya is located. Therefore, the Western Division of the Central District of California, and not the Northern District, is the district in which a substantial part of the events or omissions about which Plaintiff complains occurred. See 28 U.S.C. § 1391(b).

     Accordingly, in the interest of justice, this action is TRANSFERRED to the Western Division of the United States District Court for the Central District of California. The Clerk of the

United States District Court
For the Northern District of California

1    Court shall transfer the case forthwith.  All remaining motions are TERMINATED on this Court's

2    docket as no longer pending in this district.

3         IT IS SO ORDERED.

4    DATED: 6/25/10

SAUNDRA BROWN ARMSTRONG
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

2

United States District Court
For the Northern District of California

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3
   JOHN YOUNGER BONNOT,
4                                          Case Number: CV10-02440 SBA
            Plaintiff,
5                                          **CERTIFICATE OF SERVICE**
      v.
6
   LOS ANGELES POLICE DEPARTMENT et al,
7
            Defendant.
8  ─────────────────────────────────/

9  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on June 25, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
   located in the Clerk's office.

13

14

15 Younger Joan Bonnot E-53863
   North Kern State Prison
16 P.O. Box 5000
   Delano, CA 93216
17
   Dated: June 25, 2010
18                                         Richard W. Wieking, Clerk
                                           By: LISA R CLARK, Deputy Clerk
19

20

21

22

23

24

25

26

27

28

G:\PRO-SE\SBA\CR.10\Bonnot2440.Transfer.wpd